UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

TREVON HOLLINS,

    Plaintiff,

    v.                        Case No. 3:19-CV-1185 JD

FOREST RIVER, INC.,

    Defendant.

## COURT'S VERDICT FORM

On Plaintiff Trevon Hollins' claim that Defendant retaliated against him in violation of Title VII of the Civil Rights Act of 1964, we, the jury, unanimously find in favor of:

   **✗ Plaintiff Trevon Hollins**

   ___ **Defendant Forest River, Inc.**

*Complete the following only if you find in favor of the Plaintiff on this claim.*

We, the jury, unanimously award <u>compensatory</u> damages in the amount of $ _**35,000**_ , and <u>punitive</u> damages in the amount of $ _**525,000**_ .

(for each line write an amount, or if none, write "none").

Dated: _**09/08/2022**_        _____
                                   Presiding Juror

24